No. 17–0109/AR. U.S. v. Charles Bonilla. CCA 20131084. Appellant's petition for reconsideration of this Court's order issued May 3, 2017 is denied.

Friday, June 9, 2017

No. 17–0374/AR. U.S. v. Anthony C. Toney. CCA 20150565. On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals, it is ordered that said petition is hereby granted, and the decision of the United States Army Court of Criminal Appeals is affirmed.

No. 17–0241/AR. U.S. v. Shawn E. Earle. CCA 20150184. On consideration of Appellant's motion to file a supplement to the petition for grant of review out of time, and motion to file out of time and motion to submit matters pursuant to *United States v. Grostefon*, 12 M.J. 431 (C.M.A. 1982), it is ordered that said motions are hereby denied.

No. 17–0285/AR. U.S. v. Gene N. Williams. CCA 20130582. Appellee's motion to file a 10–day letter out of time is denied.

No. 17–0290/AF. U.S. v. Andrew I. Lutcza. CCA 2016–13. On consideration of the petition for grant of review of the decision of the United States Air Force Court of Criminal Appeals on appeal by the United States under Article 62, Uniform Code of Military Justice, 10 U.S.C. § 862, and Appellee's motion to supplement the record, it is ordered said motion is hereby granted, and said petition is hereby denied.

No. 17–0400/AR. U.S. v. Joshua W. James. CCA 20160631. Appellant's motion to consider matters pursuant to *United States v. Grostefon*, 12 M.J. 431 (C.M.A. 1982) is granted.

No. 17–0402/AR. U.S. v. Dakota A. Bragan. CCA 20160124. Appellant's motion to consider matters pursuant to *United States v. Grostefon*, 12 M.J. 431 (C.M.A. 1982) is granted.

No. 17–0438/AR. U.S. v. Thomas C. Flesher. CCA 20110449. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to June 26, 2017.